☛ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                          :    NOTICE OF INTENT TO
                                         FILE AN INFORMATION
JAMES WALSH,                        :

                      Defendant.     **08 CRIM 712**

- - - - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          July 22, 2008

                                        MICHAEL J. GARCIA
                                        United States Attorney

                        By: _____
                           JONATHAN S. ABERNETHY
                           Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                        By: _____
                           DOUGLAS E. GROVER
                         Attorney for James Walsh

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/08

7/22/08 WHEEL A