UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA          :

       -v.-                                          :

JAMES WALSH,

                              Defendant.    **08 CRIM 712**

------------------------------------------------------------x

        JAMES WALSH, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343, 1349 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                        _____
                                                          Defendant

                                                          _____
                                                          Witness

                                                          _____
                                                          Counsel for Defendant

Date:  New York, New York
         August 1, 2008



0293