UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES WALSH, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
08 Cr. 712 (PKC)**

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests that the Clerk (1) note her appearance in this

case; (2) add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case; and (3) remove Assistant United States Attorney Jonathan S. Abernathy, who has left the

United States Attorney's Office, from the case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York


                       by:   ___/s/ Seetha Ramachandran_____
                              Seetha Ramachandran
                              Assistant United States Attorney
                              (212) 637-2546

TO:    Douglas E. Grover, Esq.
       Thompson Hine LLP
       335 Madison Avenue, 12th Floor
       New York, NY 10017
       Counsel for Defendant